UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO WOODARD,<br><br>    Plaintiff,<br><br>v.<br><br>CHRIS GALE, et al.,<br><br>    Defendants. | Case No. 18-cv-06418-JSC<br><br>**ORDER OF DISMISSAL** |

The Court having been advised that in October 2019 the parties agreed to a settlement of this case, and in December 2019 the Court having advised Defendants to file a motion to enforce the settlement if needed, and the parties not having filed anything on the docket since last year:

IT IS ORDERED that this case is dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this Court, within thirty (30) days, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

IT IS SO ORDERED.

Dated: March 3, 2020

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge